FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 NOV 28 AM 10: 25

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BENNETT L. RADUZINER, | ) | CASE NO. 8:05-CV-00464 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT TO EXERCISE OF |
| | ) | JURISDICTION BY A UNITED |
| O'DANIEL MOTOR CENTER, INC., | ) | STATES MAGISTRATE JUDGE |
| | ) | AND |
| Defendant | ) | ORDER OF REFERENCE |

## CONSENT TO EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For BENNETT L. RADUZINER | 11/21/05 |
| [signature] | For O'DANIEL MOTOR CENTER, INC. | 11/16/05 |
| | For _____ | _____ |
| | For _____ | _____ |
| | For _____ | _____ |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

11/22/05
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

Y:\WDOX\CLIENTS\16888\000\plea\EA1999.DOC