## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BENNETT L. RADUZINER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV464** |
| **vs.** ) | |
| ) | **TRIAL ORDER** |
| **O'DANIEL MOTOR CENTER INC.,** ) | |
| ) | |
| **Defendant.** ) | |

On April 27, 2006, counsel jointly requested that the September 26, 2006 trial be rescheduled due to an unexpected scheduling conflict.

**IT IS ORDERED** that the request is granted.  A jury trial is set to commence at **8:30 a.m. on October 4, 2006**, in Omaha, Nebraska, before the undersigned.  All other progression order deadlines remain in effect.

**DATED April 28, 2006.**

                        **BY THE COURT:**

                        **s/ F.A. Gossett**
                        **United States Magistrate Judge**